FILED
CLERK, U.S. DISTRICT COURT

7/11/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>XIANG LI,<br>   aka "Lilinbo,"<br>BOWEN ZHOU,<br>   aka "Roger Zhou,"<br><br>            Defendants. | CR 8:25-cr-00133-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5): Stalking] |

The Grand Jury charges:

COUNT ONE

[ALL DEFENDANTS]

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATIONS

   At all times relevant to this Indictment:

   1.   Defendant XIANG LI, also known as ("aka") "Lilinbo," resided in San Bernardino County, within the Central District of California.

   2.   Defendant BOWEN ZHOU, aka "Roger Zhou," resided in San Bernardino County, within the Central District of California.

3. Victims 1 and 2 maintained a home and were residents of Orange County, within the Central District of California.  In or around March and April 2024, Victim 2 was located in the People's Republic of China.

B. OBJECT OF THE CONSPIRACY

4. Beginning on an unknown date but not later than in or around March 2024, and continuing until at least on or about April 29, 2024, in San Bernardino and Orange Counties, within the Central District of California, and elsewhere, defendants LI and ZHOU, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to commit the offense of stalking, in violation of Title 18, United States Code, Sections 2261A(2)(A), (B).

C. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

5. The object of the conspiracy was to be accomplished in substance as follows:

    (a) Defendants LI and ZHOU, and co-conspirators known and unknown, would communicate about stalking, threatening, and intimidating Victims 1 and 2.

    (b) Defendants LI and ZHOU, and co-conspirators known and unknown, would obtain prepaid cellular phones and phone numbers (the "burner phones" and "burner phone numbers"), which the co-conspirators used to threaten Victims 1 and 2.

    (c) Defendant LI would obtain a vehicle so the co-conspirators could travel to the Victims' residence to stalk, threaten, and intimidate the Victims.

    (d) Defendants LI and ZHOU would take steps to conceal the license plate number affixed to the co-conspirators' vehicle by,

among other things, using and removing a cover to obscure the license plate number.

        (e)  Defendant LI, defendant ZHOU, and/or co-conspirators known and unknown, would travel to the Victims' residence to stalk, threaten, and intimidate the victims by, among other things, leaving threatening notes, using a firearm to discharge multiple bullets into the Victims' residence, and leaving a knife on the Victims' doorstep.

        (f)  Defendants LI and ZHOU would use their residences to store and conceal burner phones, ammunition, and a firearm.

D.  <u>OVERT ACTS</u>

    6.  In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants LI and ZHOU, and others known and unknown to the Grand Jury, committed and caused to be committed various overt acts including, but not limited to, the following:

    <u>Overt Act No. 1</u>:  On March 7, 2024, defendant ZHOU and/or a co-conspirator activated a prepaid cellular phone number ending in 5032 (the "5032 burner phone") without providing any personal identifying information.

    <u>Overt Act No. 2</u>:  On March 7, 2024, defendant ZHOU and/or a co-conspirator used the 5032 burner phone to place multiple phone calls to Victims 1 and 2.

    <u>Overt Act No. 3</u>:  On March 7, 2024, in a phone call using the 5032 burner phone, defendant ZHOU and/or a co-conspirator told Victim 2, "Are you going to give me my $150,000?"

    <u>Overt Act No. 4</u>:  On or before March 15, 2024, defendant LI obtained an SUV-style vehicle for the co-conspirators to use to stalk Victims 1 and 2.

<u>Overt Act No. 5:</u>  On March 15, 2024, defendant LI, defendant ZHOU, and/or other co-conspirators drove to the Victims' residence located in Yorba Linda, California (the "Victims' residence") to stalk, harass, and intimidate Victims 1 and 2.

<u>Overt Act No. 6:</u>  On March 15, 2024, defendant LI, defendant ZHOU, and/or a co-conspirator walked to the Victims' doorstep and left a threatening note and a knife.  The note was written in the Mandarin language and stated something to the effect: "Your man has owed us a 150,000 debt for a long time.  Now I am informing you that if you still don't pay the money, your family will not be safe."

<u>Overt Act No. 7:</u>  On March 16, 2024, defendant ZHOU and/or a co-conspirator used the 5032 burner phone to place multiple calls to Victims 1 and 2, including a call to Victim 2 in which the co-conspirator stated, "I know where your family lives, and we have a lot of gangsters in the L.A area."

<u>Overt Act No. 8:</u>  On March 22, 2024, defendant ZHOU or a co-conspirator activated a prepaid cellular phone number ending in 4158 (the "4158 burner phone") without providing any personal identifying information.

<u>Overt Act No. 9:</u>  On March 31, 2024, defendants LI and/or ZHOU and others known and unknown to the Grand Jury drove to the Victims' residence to stalk, harass, and intimidate Victims 1 and 2.

<u>Overt Act No. 10:</u>  On March 31, 2024, defendants LI and/or ZHOU took photographs of the Victims' residence to stalk, harass, and intimidate Victims 1 and 2.

<u>Overt Act No. 11:</u>  On April 1, 2024, defendant ZHOU or a co-conspirator activated a prepaid cellular phone number ending in 5979 (the "5979 burner phone") without providing any personal identifying

information.

<u>Overt Act No. 12:</u>  On April 1, 2024, defendant ZHOU and/or a co-conspirator used the 5979 burner phone to place multiple calls to Victims 1 and 2 and, during a call to Victim 2, stated: "Did you get my gift yesterday?"

<u>Overt Act No. 13:</u>  On April 4, 2024, defendants LI and ZHOU, and co-conspirators known and unknown, drove to the Victims' residence to stalk, harass, and intimidate the Victims, including by shooting approximately six gunshots at the Victims' residence.

<u>Overt Act No. 14:</u>  On April 19, 2024, defendant LI and/or a co-conspirator activated a prepaid cellular phone number ending in 8108 (the "8108 burner phone") without providing any personal identifying information.

<u>Overt Act No. 15:</u>  On April 24, 2024, defendant LI and/or a co-conspirator used the 8108 burner phone to send a text message to Victims 1 and 2 that stated:

> Mr. [Z] and Ms. [Z], it has been a while since I tried but unable to get in touch with you.  We have been paying attention to the news.  It appears your family is quite lucky so far.  Our brother(s) who delivered the gift(s) to you had made sure there were people at home before the delivery(s) was/were made, but I did not expect that none of you received it/them.  Since you have increased our workload and the boss is also unhappy about it, now the price is USD $160,000.  If your family is willing to gamble with the safety of your whole family, then we can continue to do the matter.  Unless you son of a bitch pay the money, we will keep on sending gifts to all the members of your family until the people are gone!  You can try!

<u>Overt Act No. 16:</u>  On April 29, 2024, defendant LI and/or a co-conspirator used the 8108 burner phone to send a text message to Victims 1 and 2 that stated: "I really admire you [sic] courage. Okay, will follow your idea.  Let's continue and see if you guys will

5

1  be crashed."

COUNT TWO

[ALL DEFENDANTS]

[18 U.S.C. §§ 2261A(2)(A),(B), 2261(b)(5), 18 U.S.C. § 2]

The Grand Jury incorporates and re-alleges the allegations set forth in paragraphs 1-3 and 5-6 above, as if fully set forth herein. Beginning on an unknown date but no later than in or around March 2024, and continuing until at least on or about April 29, 2024, defendants XIANG LI, aka "Lilinbo," and BOWEN ZHOU, aka "Roger Zhou," with the intent to harass and intimidate Victims 1 and 2, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, cellular telephone networks, interstate wires, and the Internet, to engage in a course of conduct, described in paragraphs 5 and 6 above, that placed the Victims in reasonable fear of death and serious bodily injury to the Victims and immediate family members of the Victims, and caused, attempted to cause, and would reasonably be expected to

//
//
//

7

cause, substantial emotional distress to the Victims and immediate family members of the Victims.

                                            A TRUE BILL

                                            /S/
                                            _____
                                            Foreperson

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

JOSEPH S. GUZMAN
Assistant United States Attorney
Terrorism and Export Crimes Section

COLIN S. SCOTT
Assistant United States Attorney
Terrorism and Export Crimes Section